D. NATHANIEL BUFFETT, Respondent, v. MINNIE ALICE KERNAN, Also Known as ALICE KERNAN, Individually and as Executrix, etc., of ARTHUR T. KERNAN, Deceased, Appellant, and Others, Defendants. (Action No. 1).— Order of the Suffolk County Court denying motion for an order directing the plaintiff or his attorney to accept service of answer, or, in the alternative, to open appellant's default in serving answer, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

JOSEPH M. COLLINS, Appellant, v. CATHERINE DOUGLASS and Others, Respondents.— Order granting plaintiff's motion to vacate a dismissal of the complaint at Trial Term upon condition of the payment of taxable costs modified by striking therefrom the condition, and as thus modified the order, so far as appealed from, is affirmed, with ten dollars costs and disbursements to appellant. The imposition of terms was improvident under the facts and circumstances which were brought to the attention of the trial court and the Special Term. Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ., concur.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of PHILOMENA PANNONE, Respondent, v. FRANK MAURO, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

JAMES COYLE, Respondent, v. STANDARD-VACUUM TRANSPORTATION COMPANY, Appellant.— Action by plaintiff — a seaman — to recover damages for injuries sustained by falling from a ladder on a vessel owned and operated by defendant. Judgment in favor of plaintiff reversed on the facts and a new trial granted, costs to appellant to abide the event, unless plaintiff, within ten days after the entry of the order herein and service of a copy thereof upon his attorney, stipulate that the verdict be reduced to $4,500, in which event the judgment, as so modified, is unanimously affirmed, without costs. We are of the opinion that the jury assessed the damages at too high a figure and the amount should be reduced to $4,500. Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.